UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ARSHDEEP SINGH, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 1:25-cv-02437-SEB-KMB |
| | ) |
| SAMUEL OLSON Field Office Acting Director of | ) |
| Enforcement and Removal Operations, Chicago | ) |
| Field Office, Immigration and Customs | ) |
| Enforcement, et al., | ) |
| | ) |
| Respondents. | ) |

**Order Directing Clerk to Issue Amended Final Judgment**

The Court granted Petitioner's petition for a writ of habeas corpus on December 9, 2025, and issued final judgment that same day. Dkts. 13, 14. The final judgment, however, did not specify the relief that was awarded. *See Johnson v. Acevedo*, 572 F.3d 398, 400 (7th Cir. 2009). Accordingly, **the clerk is directed** to issue an amended final judgment consistent with the Court's order granting the petition.

**SO ORDERED.**

Date: 1/22/2026

*Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All Electronically Registered Counsel